DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Burchfield<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 311A07 | 1.  Def's NOA Based Upon a Constitutional Question (COA06-922)<br><br>2.  AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>08/23/07 |
| State v. Caudle<br><br>Case below:<br>182 N.C. App. 171 | No. 433P05-2 | Def's PDR Under N.C.G.S. 7A-31<br>(COA03-1576-2) | Denied<br>08/23/07<br><br>**Timmons-Goodson, J. and Hudson, J., Recused** |
| State v. Coleman<br><br>Case below:<br>181 N.C. App. 568 | No. 126P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-441) | Denied<br>08/23/07 |
| State v. Cooke<br><br>Case below:<br>182 N.C. App. 347 | No. 190P07 | 1.  Def's NOA Based Upon a Constitutional Question (COA06-761)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br><br>2. Allowed<br>08/23/07<br><br>3. Denied<br>08/23/07 |
| State v. Cooper<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 371P07 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA06-1076)<br><br>2.  Def's "Motion to Deny State's Motion to Deem Timely Filed Its Response to Def's PDR" | 1. Denied<br>08/23/07<br><br>2. Dismissed<br>08/23/07 |
| State v. Dorton<br><br>Case below:<br>182 N.C. App. 34 | No. 514P05-2 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-405) | Denied<br>08/23/07 |
| State v. Edwards<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 345P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-961) | Denied<br>08/23/07 |
| State v. Fisher<br><br>Case below:<br>182 N.C. App. ——<br>(3 April 2007) | No. 222A07 | Def's NOA Based Upon a Constitutional Question (COA06-1064) | Dismissed *ex mero motu*<br>08/23/07 |
| State v. Flores-Renteria<br><br>Case below:<br>182 N.C. App. 176 | No. 167P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-276) | Denied<br>08/23/07 |